IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and<br>KAI PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MSN LABORATORIES<br>PRIVATE LIMITED,<br>MSN PHARMACEUTICALS INC., and<br>MSN LIFE SCIENCES PRIVATE LIMITED,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | November 30, 2022 |
| Date of Expiration of Patent: | Patent No. 11,162,500: June 27, 2034 |
| 30-Month Stay Deadline: | August 7, 2024*<br><br>*Calculated pursuant to New Chemical Entity status, which applies in this case. |

| | |
|---|---|
| OF COUNSEL:<br><br>Adam L. Perlman<br>David Y. Wang<br>Olivia C. Martzahn<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004-1304<br>(202) 637-2200<br><br>Arlene L. Chow<br>Michelle L. Ernst<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>(212) 906-1200<br><br>Marc N. Zubick<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>(312) 876-7606<br><br>Yi Sun<br>LATHAM & WATKINS LLP<br>12670 High Bluff Drive<br>San Diego, CA  92130<br>(858) 523-5415<br><br>Wendy A. Whiteford<br>Joseph E. Lasher<br>Paula S. Fritsch<br>Alaina M. Whitt<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA  91320-1789<br>(805) 447-1000<br><br>January 12, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Karen Jacobs*<br><br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiffs Amgen Inc. and KAI Pharmaceuticals, Inc.* |